Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
             daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*St. Joseph Transitional Rehabilitation Center, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH KENNEDY, MERCY VISMANOS, and ARIANA SANCHEZ, <br><br>Plaintiffs, <br><br>vs. <br><br>ST. JOSEPH TRANSITIONAL REHABILITATION CENTER, LLC, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive, <br><br>Defendants. | Case No. 2:20-cv-02017-APG-NJK <br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT** <br><br>(First Request) |

Defendant St. Joseph Transitional Rehabilitation Center, LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiffs Elizabeth Kennedy, Mercy Vismanos and Ariana Sanchez ("Plaintiffs") by and through their counsel, HKM Employment Attorneys LLP, hereby stipulate and agree to extend the time for Defendant to file a resposne to Plaintiffs' Complaint. Defendant was served on November 3, 2020. Defendant's responsive pleading is currently due on November 24, 2020.

Plaintiffs and Defendant have agreed to an extension of time for Defendant to file a response to the Complaint to allow newly retained defense counsel sufficient time to investigate the allegations of the Complaint. Defendant shall, therefore, have a three (3) week extension

from the responsive pleading deadline to file a responsive pleading to Plaintiffs' Complaint, and Defendant's responsive pleading shall be due on December 15, 2020.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 23rd day of November, 2020.

| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Dana Sniegocki* <br> Jenny L. Foley, Ph.D., Esq., Bar No. 9017 <br> Dana Sniegocki, Esq., Bar No. 11715 <br> 1785 East Sahara, Suite 300 <br> Las Vegas, Nevada 89104 <br> The District at Green Valley Ranch <br><br> *Attorneys for Plaintiffs* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar No. 6596 <br> Daniel I. Aquino, Bar No. 12682 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant* <br> *St. Joseph Transitional Rehabilitation Center, LLC* |

**ORDER**

**IT IS SO ORDERED:**

Dated: November 24, 2020

_____
U.S. ~~DISTRICT COURT~~/MAGISTRATE JUDGE

4831-4283-2850, v. 1