Deverie J. Christensen
Nevada State Bar No. 6596
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com
            daniel.aquino@jacksonlewis.com

*Attorneys for Defendant*
*St. Joseph Transitional Rehabilitation Center, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH KENNEDY, MERCY VISMANOS, and ARIANA SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. JOSEPH TRANSITIONAL REHABILITATION CENTER, LLC, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02017-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE REQUEST FOR DISMISSAL**<br><br>(First Request) |

Defendant St. Joseph Transitional Rehabilitation Center, LLC ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiffs Elizabeth Kennedy, Mercy Vismanos and Ariana Sanchez ("Plaintiffs") by and through their counsel, HKM Employment Attorneys LLP, hereby stipulate and agree to extend the time for the Parties to file a Request for Dismissal in this case that was settled at the Early Neutral Evaluation ("ENE") conference on February 24, 2021.

The parties worked diligently to prepare a formal written settlement agreement following the ENE, to obtain signatures of all parties, and to prepare multiple settlement checks. Defense counsel is informed that all settlement checks will be ready on Monday, March 29, 2021, and thereafter, Defense Counsel will promptly deliver them to Plaintiffs' counsel. Thereafter the parties will file a Request for Dismissal. However, the parties do not anticipate they will be able

to complete all these items on one day, Monday, March 29, 2021, in order to submit the Request for Dismissal consistent with the Court's Order. (ECF No. 22).

The parties stipulate and request a one-week extension of the deadline to file the Request for Dismissal, no later than Monday, April 5, 2021.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for extension of time has been made.

Dated this 29th of March, 2021.

| HKM EMPLOYMENT ATTORNEYS LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Dana Sniegocki*<br>Jenny L. Foley, Ph.D., Esq., Bar No. 9017<br>Dana Sniegocki, Esq., Bar No. 11715<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>The District at Green Valley Ranch<br><br>*Attorneys for Plaintiffs* | */s/ Deverie J. Christensen*<br>Deverie J. Christensen, Bar No. 6596<br>Daniel I. Aquino, Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant*<br>*St. Joseph Transitional Rehabilitation Center, LLC* |

**ORDER**

**IT IS SO ORDERED:**

Dated: March 29, 2021

U.S. DISTRICT COURT JUDGE

4832-6927-3314, v. 1