**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
E-mail: jfoley@hkm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH KENNEDY, MERCY VISMANOS, and ARIANA SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. JOSEPH TRANSITIONAL REHABILITATION CENTER, LLC, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02017-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

The parties, Plaintiff ELIZABETH KENNEDY, MERCY VISMANOS, and ARIANA SANCHEZ ("Plaintiffs") and Defendant ST. JOSEPH TRANSITIONAL REHABILITATION CENTER, LLC, ("Defendant"), (hereinafter "the parties") by and through their respective attorneys of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice.

///

///

///

///

///

1    Each party is to bear their own attorneys' fees and costs.

2

3    Dated: April 5, 2021                      Dated: April 5, 2021

4    HKM EMPLOYMENT ATTORNEYS LLP              JACKSON LEWIS P.C.

5

6    */s/ Dana Sniegocki*                      */s/ Deverie J. Christensen*
     Jenny L. Foley, Ph.D., Esq., Bar No. 9017  Deverie J. Christensen, Bar No. 6596
7    Dana Sniegocki, Esq., Bar No. 11715        Daniel I. Aquino, Bar No. 12682
     1785 East Sahara, Suite 300                300 S. Fourth Street, Suite 900
8    Las Vegas, Nevada 89104                    Las Vegas, Nevada 89101
     *Attorneys for Plaintiffs*                 *Attorneys for Defendant St. Joseph Transitional*
                                                *Rehabilitation Center, LLC*

9

10

11

12                                  **ORDER**

13                                  **IT IS SO ORDERED:**

14

15                                  _____
                                    UNITED STATES DISTRICT JUDGE
16

17                                  Dated: __April 5, 2021__

18

19

20

21

22

23

24

25

26

27

28

                                         2